UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUID EVENTS WORLDWIDE,<br><br>                              Plaintiff,<br><br>     -against-<br><br>SERVECORP,<br><br>                              Defendant. | 1:22-CV-0629 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 7, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Sean Matthew Finnegan, at 421 8th Avenue, Unit 522, New York, New York 10116, and note service on the docket.

SO ORDERED.

Dated:   February 7, 2022
         New York, New York

                                               /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge